# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

XIAOGUANG LI,
    Plaintiff,

        v.

ALEJANDRO MAYORKAS, et al.,
    Defendants.

5:24-cv-731-DSF-SHKx

Order to Show Cause re
Dismissal

      On May 31, 2024, Defendants filed a "Notice of Mootness of Action." As of this date, Plaintiff has not responded. Therefore, Plaintiff is ordered to show cause, in writing, no later than August 5, 2024, why this case should not be dismissed as moot. Failure to respond will result in the case being dismissed.

      IT IS SO ORDERED.

Date: July 16, 2024

_____
Dale S. Fischer
United States District Judge