JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOGUANG LI,<br>    Plaintiff,<br><br>         v.<br><br>ALEJANDRO MAYORKAS, et al.,<br>    Defendants. | 5:24-cv-731-DSF-SHKx<br><br>JUDGMENT |

    The Court having issued an order to show cause re dismissal and Plaintiff not having responded within the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed as moot.

Date:  August 16, 2024

_____
Dale S. Fischer
United States District Judge